IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JODIE E. SHULTZ )<br>  Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 15-cv-03125<br>STACEY L. LANDI; 25 W. HUBBARD, )<br>INC., D/B/A, SOCIAL 25, j/s. ) Hon. Elaine E. Bucklo<br>  Defendants. )<br>) | |

**DEFENDANTS', STACEY L. LANDI AND 25 W. HUBBARD, INC., D/B/A SOCIAL 25 MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF TO MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' *MOTION IN LIMINE* TO EXCLUDE EXPERT TESTIMONY AND REPORT OF DOUGLAS H. SELL, JR.**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

  **COME NOW** Defendants, Stacey L. Landi ("Landi") and 25 W. Hubbard, Inc., d/b/a Social 25, ("Social 25"), by and through counsel, and hereby move for leave to file *instanter* Reply Brief to Memorandum of Law in Opposition to Defendants' *Motion in Limine* to Preclude the Testimony of Douglas Sell, Jr. (hereafter, "Sell") in this action. In support of this request, the defendants state the following:

1) Defendants, Landi and Social 25 filed their Motion to Exclude Expert Testimony and Report of Douglas H. Sell, Jr. (Document #90).

2) The basis of the defendants' motion is the failure of Sell, a forensic economist, to satisfy the strict requirements of *Daubert*, *Kumho* and Fed. R. Evid. 702. (Document #90).

3) Specifically, the defendants seek to exclude the testimony and report of Sell based upon the fact that: 1) Sell's methodology to calculate loss of earnings and benefits is not scientifically reliable; and 2) Sell is not qualified to render an opinion on loss of

household services and employs no scientifically reliable methodology. (Document #90).

4) The plaintiff filed a Memorandum of Law in Opposition to the defendants' *Motion in Limine* to Preclude the Testimony of Sell. (Document #95).

5) The basis of the plaintiff's Opposition is two-fold: 1) Defendants are wrong that Sell arbitrarily selected August 1, 2014 as his date of loss in relation to Shultz's wage loss claim (the actual date of the incident was April 13, 2013); and 2) the yardstick approach is routinely used to evaluate various economic losses and defendants' preclusion argument on the basis of Sell's choice of methodology is a game of mere semantics.

6) The plaintiff substantially relies on extra-jurisdictional case law in support of her arguments in Opposition to defendants' *Motion in Limine* to Preclude the Testimony of Sell.

7) The defendants seek leave of court to file a Reply Brief for the purpose of addressing the extra-jurisdictional and inapposite case law relied upon by the plaintiff in her Memorandum of Law.

8) A brief and concise analysis of the case law relied upon by the plaintiff in support of her Opposition to defendants' *Motion in Limine* to Preclude the Testimony of Sell is necessary and appropriate.

**WHEREFORE**, defendants, Stacey L. Landi and 25 W. Hubbard, Inc., d/b/a Social 25, (collectively, "Defendants") respectfully request leave to file *instanter* Reply Brief to Memorandum of Law in Opposition to Defendants' *Motion in Limine* to Preclude the Testimony of Douglas Sell, Jr.

Respectfully submitted,

DEFENDANT,
STACEY L. LANDI,

By: /s/ David A. White
David A. White, Esq.
Registration No. 6323487
One of Her Attorneys
Davis & White, LLC
869 Turnpike Street, Suite 110
North Andover, MA 01845
Phone: (978) 688-1433
Fax: (978) 688-3151
E-Mail: dwhite@daviswhite.com

DEFENDANT,
25 W. HUBBARD, INC. D/B/A
SOCIAL 25,

By: /s/ Robert M. Burke, Jr.
Robert M. Burke, Jr., Esq.
Registration No. 6199396
Heineke & Burke, LLC
120 N. LaSalle St.
Suite 1450
Chicago, IL 60602
Phone: (312) 580-7300
Fax: (312) 580-9200
E-Mail: bburkejr@hcllc.com

Dated: 5/15/19

## LOCAL RULE 37.2 CERTIFICATION

Lead Attorney:      David A. White
                    Davis & White, LLC
Address:            869 Turnpike Street, Suite 110
City:               North Andover, MA 01845
Phone:              (978) 688-1433
E-Mail:             dwhite@daviswhite.com

    I hereby certify that after consultation by means of email correspondence with plaintiff's counsel on May 14, 2019, and a good faith effort to resolve differences, counsel for defendants Stacey L. Landi and 25 W. Hubbard, Inc., d/b/a, Social 25, is unable to reach an accord on the within motion pursuant to LR 37.2 of the United States District Court for the Northern District of Illinois.

                                              By:     /s/ David A. White
                                                      David A. White

## CERTIFICATION OF SERVICE

Lead Attorney:      David A. White
                    Davis & White, LLC
Address:            869 Turnpike Street, Suite 110
City:               North Andover, MA 01845
Phone:              (978) 688-1433
E-Mail:             dwhite@daviswhite.com

    I hereby certify that on May 15, 2019, a true and accurate copy of the above document(s) was served upon each party and attorney of record herein by means of the CM/ECF electronic system pursuant to the rules of the United States District Court for the Northern District of Illinois.

                                              By:     /s/ David A. White
                                                      David A. White