# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jodie E. Shultz

                      Plaintiff,

v.                                              Case No.: 1:15−cv−03125
                                                    Honorable Elaine E. Bucklo

Stacey L. Landi, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 17, 2019:

       MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion for leave to file instanter reply brief to memorandum of law in opposition to defendants' motion in limine to exclude expert testimony and report of Douglas H. Sell, Jr. [98] is granted. Ruling on defendants' motion to exclude expert testimony [90]; motion in limine [91]; and plaintiff's motion in limine [92] before Honorable Elaine E. Bucklo is set for 6/28/2019 at 9:30 a.m. Pretrial Conference is reset for 7/24/2019 at 1:30 p.m. No appearance required on 5/20/2019. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.